**Order filed August 14, 2018.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00642-CV
_____

**DEBORAH MOHAMED, Appellant**

**V.**

**SHAFFIN ALI MOHAMED, Appellee**

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2003-39225**

## O R D E R

The clerk's record was filed August 7, 2018. Our review has determined that a relevant item may have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain an Order signed June 28, 2018.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before August 30, 2018, containing the Order signed June 28, 2018.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM